# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1619. GLOVER v. THE STATE.

Quamell Glover filed this appeal of the superior court's order denying his motion to file an out-of-time appeal. Glover has moved to remand his appeal to the superior court for completion of the record. Although the state agrees that the record is incomplete, it disagrees that remand is the correct course of action. However, based upon our review of the record as well as Glover's motion and the state's response, the procedure for correcting the record here will likely involve more than simply transmitting documents. So we **GRANT** Glover's motion to remand and **REMAND** this case to the Superior Court of Gwinnett County for completion of the record. When the record has been completed, the clerk of the superior court is directed to transmit the record to this court for re-docketing.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/29/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*